## 26333.   AKINS v. TUCKER.

HAWES, Justice. The judgment appealed from is an ex parte restraining order. It is not a final judgment or one appealable under the provisions of *Code Ann.* § 6-701 as amended by Ga. L. 1965, p. 18, and Ga. L. 1968, p. 1072. *Hulsey v. Smith,* 223 Ga. 522 (156 SE2d 353). No certificate of immediate review was filed. *Mize v. Rampey,* 224 Ga. 806 (164 SE2d 816). Accordingly, the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*
SUBMITTED FEBRUARY 8, 1971—DECIDED APRIL 22, 1971.

*Otis L. Davis,* for appellant.
*Johnson & Lane, J. Clifford Johnson,* for appellee.